**STATE of Maine**

v.

**Timothy BUCKLIN.**

Supreme Judicial Court of Maine.

Jan. 3, 1979.

Charles K. Leadbetter (orally), Janet T. Mills, John R. Atwood, Asst. Attys. Gen., Augusta, for plaintiff.

Peter K. Mason (orally), Searsport, for defendant.

Before McKUSICK, C. J. and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, and GODFREY, JJ.

PER CURIAM.

Appealing from a Superior Court judgment adjudicating him convicted, as charged by indictment, of criminal homicide in the third degree, in violation of 17–A M.R.S.A. § 203, defendant asserts as the sole issue on appeal that the evidence, presented at a bench trial, was insufficient to support the conviction. Finding the evidence plainly sufficient, we deny the appeal.

The entry is:

*Appeal denied.*

NICHOLS, J., did not sit.